IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERTO MELENDEZ, | : | Civil Action No. 4:13-CV-02969 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CAROLYN COLVIN, *Commissioner of Social Security,* | : | (Magistrate Judge Cohn) |
| Defendant. | : | |

**ORDER**

AND NOW, this 28th day of September, 2015, having reviewed the thorough report and recommendation of Magistrate Judge Gerald B. Cohn, objections to the report and recommendation, and the government's response, the report and recommendation of the Magistrate Judge is ADOPTED. August 26, 2015 ECF No. 21. The decision of the Commissioner is AFFIRMED. Final judgment is entered in favor of the Commissioner and against Plaintiff.

The Clerk is directed to close the case file.

BY THE COURT:


 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge